## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT PIERCE DIVISION

| | |
|---|---|
| KIMBERLY MARASCO<br><br>           Plaintiff,<br><br>   v.<br><br>TAYLOR SWIFT PRODUCTIONS, INC.,<br><br>           Defendant. | Case No.<br><br>(Removed from the Circuit Court of the Nineteenth Judicial Circuit in and for St. Lucie County, Florida, Small Claims Division, Case No. 2024SC001385) |

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that pursuant to 28 U.S.C. §§ 1331, 1338, 1441, and 1446, Defendant Taylor Swift Productions, Inc. ("Defendant") hereby removes this action from the Circuit Court of the Nineteenth Judicial Circuit in and for St. Lucie County, Florida, Small Claims Division, to the United States District Court for the Southern District of Florida, Fort Pierce Division. In support of removal, Defendant states as follows:

1. On April 10, 2024, Plaintiff Kimberly Marasco ("Plaintiff") filed her Complaint, *pro se*, in the Circuit Court of the Nineteenth Judicial Circuit in and for St. Lucie County, Florida, Small Claims Division, captioned *Kimberly Marasco v. Taylor Swift Productions, Inc.* (Case No. 2024SC001385) (the "State Court Action").

2. Plaintiff asserts a claim for copyright infringement, alleging that certain lyrics, songs, and tour choreography from singer-songwriter Taylor Swift ("Artist") somehow infringe upon poems from two of Plaintiff's books and one of Plaintiff's choreographed dances.

3. Defendant was served on April 15, 2024. Defendant timely files this notice of removal within thirty days of service of the complaint on Defendant. 28 U.S.C. § 1446(b)(1).

4. Pursuant to 28 U.S.C. § 1446(a), attached hereto as Exhibits 1–4 are true and true and correct copies of all process, pleadings, and orders served on Defendant in the State Court Action. *See* Exhibit 1 (Complaint); Exhibit 2 (Summons/Notice to Appear for Pretrial Conference); Exhibit 3 (Proof of Service); and Exhibit 4 (Plaintiff's Supplemental Materials). No other pleadings or motions have been filed in the State Court Action.

5. The State Court Action is properly removed to this Court because Defendant has satisfied the procedural requirements for removal and this Court has original jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338, as the resolution of Plaintiff's copyright infringement claim will require adjudication of disputed questions of federal law, specifically, the federal Copyright Act of 1976, 17 U.S.C. § 101, *et seq*.

6. Defendant denies liability and does not waive any rights or defenses by filing this notice of removal.

**Federal Question Jurisdiction is Satisfied**

7. Removal is proper under 28 U.S.C. § 1338 because this Court has sole and exclusive original jurisdiction over this action.

8. Plaintiff alleges that Defendant infringed upon certain copyrights in violation of the Copyright Act. 28 U.S.C. § 1338 ("The district courts shall have original jurisdiction of any civil action arising under any Act of Congress relating to . . . copyrights."); *Renaissance Health Publ'g, LLC v. Nat. World Supplements, Inc.*, No. 14-cv-80921, 2015 WL 11438104, at *2 (S.D. Fla. Feb. 10, 2015) (holding this Court has original jurisdiction pursuant to 28 U.S.C. § 1338 over an action for alleged copyright infringement in violation of the Copyright Act).

9. Removal is also proper under 28 U.S.C. § 1441 because this Court would have original jurisdiction over this action pursuant to 28 U.S.C. § 1331 had Plaintiff initially brought this case in federal court.

10. The resolution of Plaintiff's claim will require adjudication of disputed questions of federal law because this action arises under a law of the United States, specifically the Federal Copyright Act of 1976. 17 U.S.C. § 101, *et seq*.; *see Renaissance Health Publ'g, LLC*, 2015 WL 11438104, at *2 (holding this Court has original jurisdiction pursuant to 28 U.S.C. § 1331 over an action for alleged copyright infringement in violation of the Copyright Act).

**Procedural Requirements for Removal Are Met**

11. The United States District Court for the Southern District of Florida embraces the locality in which the State Court Action is now pending, making this Court a proper forum pursuant to 28 U.S.C. § 1446(a).  St. Lucie county lies in the Fort Pierce Division of this Court.

12. Pursuant to 28 U.S.C. § 1446(a), Defendant has attached true and correct copies of the filings served on Defendant in the State Court Action. *See* Exhibits 1–4.

13. Defendant was served with a copy of the Complaint on April 15, 2024. *See* Exhibit 3 (Proof of Service). This Notice of Removal is timely filed under 28 U.S.C. § 1446(b)(1), as it is filed within 30 days of Defendant's receipt of the initial pleading purporting to set forth the claim for relief on which this action is based.

14. Defendant has complied with 28 U.S.C. § 1446(b)(2)(A) as there are no other defendants that must join in or consent to removal.

15. Pursuant to 28 U.S.C. § 1446(d), a copy of this notice is being served on Plaintiff and a copy is being filed with the Circuit Court for the Nineteenth Judicial Circuit in and for St. Lucie County, Florida, Small Claims Division.

16. No previous application has been made for the relief requested herein.

17. This notice is signed pursuant to Federal Rule of Civil Procedure 11.

18. By filing the Notice of Removal, Defendant does not waive any objections as to service, jurisdiction, venue, or any other defenses available at law, in equity or otherwise. Defendant makes no admission of fact or law by this Notice of Removal and expressly reserves all defenses and motions. Defendant also reserves the right to amend or supplement this Notice of Removal.

## **Conclusion**

19. Based on the foregoing, Defendant hereby removes the State Court Action to the United States District Court for the Southern District of Florida, Fort Pierce Division.

Dated: May 15, 2024

Respectfully submitted,

VENABLE LLP

*/s/ Aaron S. Blynn*
Aaron S. Blynn
Florida Bar No. 073464
100 SE 2nd St., Suite 4400
Miami, FL 33131
Tel: (305) 913-6685
Fax: (305) 349-2310
asblynn@Venable.com

Katherine Wright Morrone *(pro hac vice* motion forthcoming)
600 Massachusetts Ave, NW
Washington, D.C. 20001
Tel: (202) 344-4262
Fax: (202) 344-8300
kwmorrone@venable.com

*Attorneys for Defendant*
*Taylor Swift Productions, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 15, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those parties who are not authorized to receive Notices of Electronic Filing.

Dated: May 15, 2024                                                   By: */s/ Aaron Blynn*
                                                                          Aaron Blynn

**SERVICE LIST**

Aaron S. Blynn, Esq.
asblynn@venable.com
VENABLE LLP
100 SE 2nd Street
Suite 4400
Miami, Florida 33131

Katherine Wright Morrone
kwmorrone@venable.com
VENABLE LLP
600 Massachusetts Ave. NW
Washington, DC 20001
*Attorneys for Defendant*
*Taylor Swift Productions, Inc.*

Kimberly Marasco
Marasco_kim@yahoo.com
1561 Pheasant Walk
Unit C
Fort Pierce, Florida 34950
*Pro Se Plaintiff*