# Exhibit 4



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*[signature]*

Acting United States Register of Copyrights and Director

**Registration Number**
**TXu 2-061-218**

Effective Date of Registration:
July 11, 2017

---

## Copyright Registration for One Work by One Author
Registration issued pursuant to 37 CFR §202.3

### Title
    **Title of Work:** Dealing with a Chronic Illness: Vestibular Neuritis

### Completion/Publication
    **Year of Completion:** 2017

### Author
- **Author:** Kimberly Marasco
- **Author Created:** text, artwork
- **Citizen of:** United States
- **Domiciled in:** United States
- **Year Born:** 1974

### Copyright Claimant
    **Copyright Claimant:** Kimberly Marasco
    1561 Pheasant Walk, Apt C, Fort Pierce, FL, 34950, United States

### Rights and Permissions
    **Name:** Kimberly Marasco
    **Email:** marasco_kim@yahoo.com
    **Telephone:** (772)212-6327
    **Address:** 1561 Pheasant Walk
    Apt C
    Fort Pierce, FL 34950

### Certification

As always, with Ms. Swift's newest album, or albums rather, I found a few more copyright issues that need to be addressed.
Ms. Swift's song, "Who's Afraid of Little Old Me?" includes the unique phrase, "They caged me and told me Im crazy". My poem, Gaslit, I wrote "They caged me and told me Im crazy". This is a unique expression and never written before.

Ms. Swift's promotes her new album with this introduction: An anthology if new works that reflect events, opinions and sentiments from a fleeting and fatalistic sensational moment in time – one that was both sensational and sorrowful in equal measure". This introduction is strikingly similar to what I wrote about my book, Songs of the Unsung, where I wrote " This anthology combines Kimberly's poetry written throughout the years reflecting the times and a previous published book titled, Fallen from Grace. The writing was inspired by societal issues, personal challenges of anxiety and fear to expressions of hope and dreams". Ms. Swift's version paraphrased what I wrote, and I combined two books into one, as she later combined two albums into one.

In thanK you aIMee . Ms. Swift wrote "And so I changed your name, and any real defining clues/And one day, your kid comes home singin'/A song that only us two is gonna know is about you". Obviously, people will incorrectly assume the song is entirely about Kim Kardashian due to their infamous feud. That may have been the case had she not wrote "only us two is gonna know..." thus, I believe it was another passive aggressive taunt toward myself as I have been sending her messages on social media requesting her to stop using my work without permission. Also, there is a reason that only I am aware of as to why she chose the name Aimee for the song that can be discussed during a hearing, if one is granted....hopefully.

Included below are additional pictures, certificate of registration, and receipts for my published works.

Kimberly Marasco
1561 Pheasant Walk, Fort Pierce, Apt C, FL, 34950, USA
Phone number: (772_ 277-1785
Email: marasco_kim@yahoo.com

16th day of February, 2024

Taylor Swift Productions, Inc
3310 West End Ave, Nashville, Suite 570 TN 37203, USA
Attn: David Crow

Dear Sir/Madam,

The undersigned hereby demands that you:
Provide proper attribution for using creative works for defendant's songwriting (the "Action").

For your reference, I have enclosed a copy of certificate of registration, poems copied, images and themes used.

Please note that if I have to commence legal proceedings in order to require your performance of the Action, this letter will be tendered in court as evidence of your failure to attempt to resolve this matter. Further, you may be liable for any court costs, attorney fees and damages, including punitive damages.

You might want to contact a lawyer to discuss your legal rights and responsibilities.

Yours sincerely,

*[signature: Kimberly Marasco]*

Kimberly Marasco

enclosure

© 2002-2024 LawDepot.com ®

Fw: USPS eReceipt

From: Kim Marasco (marasco_kim@yahoo.com)
To: kmtp349@gmail.com; marasco_kim@yahoo.com
Date: Friday, February 16, 2024 at 10:47 AM EST

----- Forwarded Message -----
From: "donotreply@ereceipt.usps.gov" <donotreply@ereceipt.usps.gov>
To: "marasco_kim@yahoo.com" <marasco_kim@yahoo.com>
Sent: Friday, February 16, 2024 at 10:40:07 AM EST
Subject: USPS eReceipt

**UNITED STATES POSTAL SERVICE®**

ORANGE AVENUE
1717 ORANGE AVE
FORT PIERCE, FL 34950-9998
(800)275-8777

02/16/2024                         10:39 AM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® Flat Rate Env | 1 | | $9.85 |

Nashville, TN 37203
Flat Rate
Expected Delivery Date
  Tue 02/20/2024
Tracking #:
  9505  90
Insurance                               $0.00
  Up to $100.00 included
Total                                   $9.85

Grand Total:                            $9.85

Debit Card Remit                        $9.85
  Card Name: VISA
  Account #: ████████
  Approval #: 428950
  Transaction #: 803
  Receipt #: 060173
  Debit Card Purchase: $9.85
  AID: A0000000980840        Chip
  AL: US DEBIT
  PIN: Verified

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
1-800-222-1811.

Save this receipt as evidence of
insurance. For information on filing an
insurance claim go to
https://www.usps.com/help/claims.htm
or call 1-800-222-1811

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.

St. Lucie County File Date: 02/28/2024 08:55 AM

St. Lucie County File Date: 04/19/2024 03:49 PM

