UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

| | |
|---|---|
| KIMBERLY MARASCO<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TAYLOR SWIFT PRODUCTIONS, INC.,<br><br>　　　　Defendant. | Case No. 2:24-cv-14153-AMC/SMM |

## **DEFENDANT'S DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Taylor Swift Productions, Inc. hereby states that it has no parent company and no publicly traded company owns more than 10% of its stock.

Dated: May 15, 2024

Respectfully submitted,

VENABLE LLP

*/s/ Aaron S. Blynn*
Aaron S. Blynn, Florida Bar No. 073464
100 SE 2nd St., Suite 4400
Miami, FL 33131
Tel: (305) 913-6685
Fax: (305) 349-2310
asblynn@Venable.com

Katherine Wright Morrone (*pro hac vice motion forthcoming*)
600 Massachusetts Ave, NW
Washington, D.C. 20001
Tel: (202) 344-4262
Fax: (202) 344-8300
kwmorrone@venable.com

*Attorneys for Defendant*
*Taylor Swift Productions, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 15, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those parties who are not authorized to receive Notices of Electronic Filing.

By: */s/ Aaron Blynn*
     Aaron Blynn

## **SERVICE LIST**

Aaron S. Blynn, Esq.
asblynn@venable.com
VENABLE LLP
100 SE 2nd Street
Suite 4400
Miami, Florida 33131

Katherine Wright Morrone
kwmorrone@venable.com
VENABLE LLP
600 Massachusetts Ave. NW
Washington, DC 20001
*Attorneys for Defendant*
*Taylor Swift Productions, Inc.*

Kimberly Marasco
Marasco_kim@yahoo.com
1561 Pheasant Walk
Unit C
Fort Pierce, Florida 34950
*Pro Se Plaintiff*