# Exhibit A

**The Man**
I would be complex
I would be cool
They'd say I played the field before I found someone to commit to
And that would be ok
For me to do
Every conquest I had made would make me more of a boss to you
I'd be a fearless leader
I'd be an alpha type
When everyone believes ya
What's that like?
I'm so sick of running as fast as I can
Wondering if I'd get there quicker
If I was a man
And I'm so sick of them coming at me again
'Cause if I was a man
Then I'd be the man
I'd be the man
I'd be the man
They'd say I hustled
Put in the work
They wouldn't shake their heads and question how much of this I deserve
What I was wearing
If I was rude
Could all be separated from my good ideas and power moves?
And they would toast to me, oh
Let the players play
I'd be just like Leo
In Saint-Tropez
I'm so sick of running as fast as I can
Wondering if I'd get there quicker
If I was a man
And I'm so sick of them coming at me again
'Cause if I was a man
Then I'd be the man
I'd be the man
I'd be the man
What's it like to brag about
Raking in dollars
And getting bitches and models
And it's all good if you're bad
And it's okay if you're mad
If I was out flashing my dollars
I'd be a bitch, not a baller
They paint me out to be bad
So it's okay that I'm mad

1

I'm so sick of running as fast as I can
Wondering if I'd get there quicker if I was a man (you know that)
And I'm so sick of them coming at me again (coming at me again)
'Cause if I was a man (if I was a man)
Then I'd be the man (then I'd be the man)
I'm so sick of running as fast as I can (as fast as I can)
Wondering if I'd get there quicker if I was a man (hey)
And I'm so sick of them coming at me again (coming at me again)
'Cause if I was a man (if I was a man), then I'd be the man
I'd be the man
I'd be the man (oh)
I'd be the man (yeah)
I'd be the man (I'd be the man)
If I was a man
Then I'd be the man

**My Tears Ricochet**

We gather here, we line up
Weepin' in a sunlit room, and
If I'm on fire, you'll be made of ashes too
Even on my worst day, did I deserve, babe
All the hell you gave me?
'Cause I loved you, I swear I loved you
'Til my dying day
I didn't have it in myself to go with grace
And you're the hero flying around, saving face
And if I'm dead to you, why are you at the wake?
Cursing my name, wishing I stayed
Look at how my tears ricochet
We gather stones, never knowing what they'll mean
Some to throw, some to make a diamond ring
You know I didn't want to have to haunt you
But what a ghostly scene
You wear the same jewels that I gave you
As you bury me
I didn't have it in myself to go with grace
'Cause when I'd fight, you used to tell me I was brave
And if I'm dead to you, why are you at the wake?
Cursing my name, wishing I stayed
Look at how my tears ricochet
And I can go anywhere I want
Anywhere I want, just not home
And you can aim for my heart, go for blood
But you would still miss me in your bones
And I still talk to you (when I'm screaming at the sky)
And when you can't sleep at night (you hear my stolen lullabies)
I didn't have it in myself to go with grace
And so the battleships will sink beneath the waves
You had to kill me, but it killed you just the same
Cursing my name, wishing I stayed
You turned into your worst fears
And you're tossing out blame, drunk on this pain
Crossing out the good years
And you're cursing my name, wishing I stayed
Look at how my tears ricochet

**Invisible String**

Green was the color of the grass
Where I used to read at Centennial Park
I used to think I would meet somebody there
Teal was the color of your shirt
When you were sixteen at the yogurt shop
You used to work at to make a little money
Time, curious time
Gave me no compasses, gave me no signs
Were there clues I didn't see?
And isn't it just so pretty to think
All along there was some
Invisible string
Tying you to me?
Ooh
Bad was the blood of the song in the cab
On your first trip to LA
You ate at my favorite spot for dinner
Bold was the waitress on our three year trip
Getting lunch down by the lakes
She said I looked like an American singer
Time, mystical time
Cuttin' me open, then healin' me fine
Were there clues I didn't see?
And isn't it just so pretty to think
All along there was some
Invisible string
Tying you to me?
Ooh
A string that pulled me
Out of all the wrong arms right into that dive bar
Something wrapped all of my past mistakes in barbed wire
Chains around my demons, wool to brave the seasons
One single thread of gold tied me to you
Cold was the steel of my axe to grind
For the boys who broke my heart
Now I send their babies presents
Gold was the color of the leaves
When I showed you around Centennial Park
Hell was the journey but it brought me heaven
Time, wondrous time
Gave me the blues and then purple pink skies
And it's cool, baby, with me
And isn't it just so pretty to think
All along there was some

4

Invisible string
Tying you to me?
Ooh
Hee
Ooh

**Hoax**

My only one
My smoking gun
My eclipsed sun
This has broken me down
My twisted knife
My sleepless night
My win-less fight
This has frozen my ground
Stood on the cliffside
Screaming, "Give me a reason"
Your faithless love's the only hoax
I believe in
Don't want no other shade of blue
But you
No other sadness in the world would do
My best laid plan
Your sleight of hand
My barren land
I am ash from your fire
Stood on the cliffside
Screaming "Give me a reason"
Your faithless love's the only hoax
I believe in
Don't want no other shade of blue
But you
No other sadness in the world would do
You know I left a part of me back in New York
You knew the hero died, so what's the movie for?
You knew it still hurts underneath my scars
From when they pulled me apart
You knew the password, so I let you in the door
You knew you won, so what's the point of keeping score?
You knew it still hurts underneath my scars
From when they pulled me apart
But what you did was just as dark
Darling, this was just as hard
As when they pulled me apart
My only one
My kingdom come undone
My broken drum
You have beaten my heart
Don't want no other shade of blue
But you
No other sadness in the world would do

6

## Illicit Affairs

Make sure nobody sees you leave
Hood over your head, keep your eyes down
Tell your friends you're out for a run
You'll be flushed when you return
Take the road less traveled by
Tell yourself you can always stop
What started in beautiful rooms
Ends with meetings in parking lots
And that's the thing about illicit affairs
And clandestine meetings and longing stares
It's born from just one single glance
But it dies, and it dies, and it dies
A million little times
Leave the perfume on the shelf
That you picked out just for him
So you leave no trace behind
Like you don't even exist
Take the words for what they are
A dwindling, mercurial high
A drug that only worked
The first few hundred times
And that's the thing about illicit affairs
And clandestine meetings and stolen stares
They show their truth one single time
But they lie, and they lie, and they lie
A million little times
And you wanna scream
Don't call me "kid"
Don't call me "baby"
Look at this godforsaken mess that you made me
You showed me colors
You know I can't see with anyone else
Don't call me "kid"
Don't call me "baby"
Look at this idiotic fool that you made me
You taught me a secret language
I can't speak with anyone else
And you know damn well
For you, I would ruin myself
A million little times

7

**Willow**

I'm like the water when your ship rolled in that night
Rough on the surface but you cut through like a knife
And if it was an open-shut case
I never would've known from that look on your face
Lost in your current like a priceless wine
The more that you say
The less I know
Wherever you stray
I follow
I'm begging for you to take my hand
Wreck my plans
That's my man
Life was a willow and it bent right to your wind (oh)
Head on the pillow, I could feel you sneaking in
As if you were a mythical thing
Like you were a trophy or a champion ring
And there was one prize I'd cheat to win
The more that you say
The less I know
Wherever you stray
I follow
I'm begging for you to take my hand
Wreck my plans
That's my man
You know that my train could take you home
Anywhere else is hollow
I'm begging for you to take my hand
Wreck my plans
That's my man
Life was a willow and it bent right to your wind (oh)
They count me out time and time again
Life was a willow and it bent right to your wind (oh)
But I come back stronger than a 90's trend
Wait for the signal and I'll meet you after dark
Show me the places where the others gave you scars
Now this is an open-shut case
Guess I should've known from the look on your face
Every bait and switch was a work of art
The more that you say
The less I know
Wherever you stray
I follow
I'm begging for you to take my hand
Wreck my plans

That's my man
You know that my train could take you home
Anywhere else is hollow
I'm begging for you to take my hand
Wreck my plans
That's my man
The more that you say
The less I know
Wherever you stray
I follow
Begging for you to take my hand
Wreck my plans
That's my man
You know that my train could take you home
Anywhere else is hollow
Begging for you to take my hand
Wreck my plans
That's my man
Hey, that's my man
That's my man
Yeah, that's my man
Every bait and switch was a work of art
That's my man
Hey, that's my man
I'm begging for you to take my hand
Wreck my plans
That's my man

**Right Where You Left Me**

Friends break up, friends get married
Strangers get born, strangers get buried
Trends change, rumors fly through new skies
But I'm right where you left me
Matches burn after the other
Pages turn and stick to each other
Wages earned and lessons learned
But I, I'm right where you left me
Help, I'm still at the restaurant
Still sitting in a corner I haunt
Cross-legged in the dim light
They say, "What a sad sight"
I, I swear you could hear a hair pin drop
Right when I felt the moment stop
Glass shattered on the white cloth
Everybody moved on
I, I stayed there
Dust collected on my pinned-up hair
They expected me to find somewhere
Some perspective, but I sat and stared
Right where you left me
You left me no, oh, you left me no
You left me no choice but to stay here forever
You left me, you left me no, oh, you left me no
You left me no choice but to stay here forever
Did you ever hear about the girl who got frozen?
Time went on for everybody else, she won't know it
She's still 23 inside her fantasy
How it was supposed to be
Did you hear about the girl who lives in delusion?
Break-ups happen every day, you don't have to lose it
She's still 23 inside her fantasy
And you're sitting in front of me
At the restaurant, when I was still the one you want
Cross-legged in the dim light, everything was just right
I, I could feel the mascara run
You told me that you met someone
Glass shattered on the white cloth
Everybody moved on
Help, I'm still at the restaurant
Still sitting in a corner I haunt
Cross-legged in the dim light
They say, "What a sad sight"
I, I stayed there

10

Dust collected on my pinned-up hair
I'm sure that you got a wife out there
Kids and Christmas, but I'm unaware
'Cause I'm right where
I cause no harm, mind my business
If our love died young, I can't bear witness
And it's been so long
But if you ever think you got it wrong
I'm right where you left me
You left me no, oh, you left me no
You left me no choice but to stay here forever
You left me
You left me no, oh, you left me no
You left me no choice but to stay here forever

**It's Time to Go**

When the dinner is cold and the chatter gets old
You ask for the tab
Or that moment again, he's insisting that friends
Look at each other like that
… When the words of a sister come back in whispers
That prove she was not
In fact what she seemed, not a twin from your dreams
She's a crook who was caught
… That old familiar body ache
The snaps from the same little breaks in your soul
You know when it's time to go
Twenty years at your job, then the son of the boss
Gets the spot that was yours
Or trying to stay for the kids, when keeping it how it is
Will only break their hearts worse
… That old familiar body ache
The snaps from the same little breaks in your soul
You know when it's time to go
… Sometimes, givin' up is the strong thing
Sometimes, to run is the brave thing
Sometimes, walkin' out is the one thing
That will find you the right thing
Sometimes, givin' up is the strong thing
Sometimes, to run is the brave thing
Sometimes, walkin' out is the one thing
That will find you the right thing
… Fifteen years, fifteen million tears
Begging 'til my knees bled
I gave it my all, he gave me nothin' at all
Then wondered why I left
… Now he sits on his throne in his palace of bones
Praying to his greed
He's got my past frozen behind glass
But I've got me
… That old familiar body ache
The snaps from the same little breaks in my soul
I know when it's time to go
… Sometimes, givin' up is the strong thing
Sometimes, to run is the brave thing
Sometimes, walkin' out is the one thing
That will find you the right thing
Sometimes, givin' up is the strong thing
Sometimes, to run is the brave thing

Sometimes, walkin' out is the one thing
That will find you the right thing
… That will find you the right thing
And you know in your soul
And you know in your soul
When it's time to go
… And, well, you know, you know, you know, you know
When it's time to go
So then you go
And then you go
You just go

**Midnight Rain**

Rain, he wanted it comfortable
I wanted that pain
He wanted a bride
I was making my own name
Chasing that fame
He stayed the same
All of me changed like midnight
My town was a wasteland
Full of cages, full of fences
Pageant queens and big pretenders
But for some, it was paradise
My boy was a montage
A slow-motion, love potion
Jumping off things in the ocean
I broke his heart 'cause he was nice
He was sunshine, I was midnight rain
He wanted it comfortable
I wanted that pain
He wanted a bride
I was making my own name
Chasing that fame
He stayed the same
All of me changed like midnight
It came like a postcard
Picture perfect, shiny family
Holiday, peppermint candy
But for him it's every day
So I peered through a window
A deep portal, time travel
All the love we unravel
And the life I gave away
'Cause he was sunshine
I was midnight rain
He wanted it comfortable
I wanted that pain
He wanted a bride
I was making my own name
Chasing that fame
He stayed the same
All of me changed
Like midnight
Rain, he wanted it comfortable
I wanted that pain
He wanted a bride

14

I was making my own name
Chasing that fame
He stayed the same
All of me changed
Like midnight
I guess sometimes we all get
Just what we wanted, just what we wanted
And he never thinks of me
Except when I'm on TV
I guess sometimes we all get
Some kind of haunted, some kind of haunted
And I never think of him
Except on midnights like this (midnights like this)

**Who's Afraid of Little Old Me?**

… The who's who of "Who's that?" is poised for the attack
But my bare hands paved their paths
You don't get to tell me about sad
… If you wanted me dead, you should've just said
Nothing makes me feel more alive
… So I leap from the gallows and I levitate down your street
Crash the party like a record scratch as I scream
"Who's afraid of little old me?"
You should be
… The scandal was contained
The bullet had just grazed
At all costs, keep your good name
You don't get to tell me you feel bad
… Is it a wonder I broke? Let's hear one more joke
Then we could all just laugh until I cry
… So I leap from the gallows and I levitate down your street
Crash the party like a record scratch as I scream
"Who's afraid of little old me?"
I was tame, I was gentle 'til the circus life made me mean
"Don't you worry, folks, we took out all her teeth"
Who's afraid of little old me?
Well, you should be
… You should be
(You should be) You should be
You should be (you should be)
You should be (you should be)
You should be
… So tell me everything is not about me
But what if it is?
Then say they didn't do it to hurt me
But what if they did?
… I wanna snarl and show you just how disturbed this has made me
You wouldn't last an hour in the asylum where they raised me
So all you kids can sneak into my house with all the cobwebs
I'm always drunk on my own tears, isn't that what they all said?
That I'll sue you if you step on my lawn
That I'm fearsome and I'm wretched and I'm wrong
Putting narcotics into all of my songs
And that's why you're still singing along
… So I leap from the gallows and I levitate down your street
Crash the party like a record scratch as I scream
"Who's afraid of little old me?"
I was tame, I was gentle 'til the circus life made me mean
"Don't you worry, folks, we took out all her teeth"

16

Who's afraid of little old me?
Well, you should be
… You should be
(You should be) You should be
'Cause you lured me (you should be)
And you hurt me (you should be)
And you taught me
… You caged me and then you called me crazy
I am what I am 'cause you trained me
So who's afraid of me?
Who's afraid of little old me?
Who's afraid of little old me?

**Death By A Thousand Cuts**

Saying goodbye is death by a thousand cuts
Flashbacks waking me up
I get drunk, but it's not enough
'Cause the morning comes and you're not my baby
I look through the windows of this love
Even though we boarded them up
Chandelier's still flickering here
'Cause I can't pretend it's ok when it's not
It's death by a thousand cuts

I dress to kill my time
I take the long way home
I ask the traffic lights if it'll be all right
They say, "I don't know"
And what once was ours is no one's now
I see you everywhere
The only thing we share
Is this small town

You said it was a great love
One for the ages
But if the story's over
Why am I still writing pages?

'Cause saying goodbye is death by a thousand cuts
Flashbacks waking me up
I get drunk, but it's not enough
'Cause the morning comes and you're not my baby
I look through the windows of this love
Even though we boarded them up
Chandelier still flickering here
'Cause I can't pretend it's okay when it's not
It's death by a thousand cuts

My heart, my hips, my body, my love
Trying to find a part of me that you didn't touch
Gave up on me like I was a bad drug
Now I'm searching for signs in a haunted club
Our songs, our films, united we stand
Our country, guess it was a lawless land
Quiet my fears with the touch of your hand
Paper cut stings from our paper thin plans

My time, my wine, my spirit, my trust
Trying to find a part of me you didn't take up

18

Gave you too much but it wasn't enough
But I'll be all right, it's just a thousand cuts

I get drunk but it's not enough
'Cause you're not my baby
I look through the windows of this love
Even though we boarded them up
Chandelier's still flickering here
'Cause I can't pretend it's ok when it's not
No, it's not

It's death by a thousand cuts (you didn't touch)
Trying to find a part of me that you didn't touch
My body, my love, my trust (it's death by a thousand cuts)
But it wasn't enough, it wasn't enough, no, no

I take the long way home
I ask the traffic lights if it'll be all right
They say, "I don't know"

**Robin**

Long may you reign
You're an animal
You are bloodthirsty
Out window panes talking utter nonsense
You have no idea

Strings tied to levers,
slowed down clocks tethered,
all this showmanship
To keep it, for you,
In sweetness
Way to go tiger
Higher and higher
Wilder and lighter
For you

Long may you roar
At your dinosaurs
You're a just ruler
Covered in mud, you look ridiculous
And you have no idea

Buried down deep and out of your reach, the secret we all vowed to keep it, from you,
In sweetness
Way to go tiger
Higher and higher
Wilder and lighter
For you

You got the dragonflies above your bed
You have a favorite spot on the swing set
You have no room in your dreams for regrets
You have no idea
The time will arrive for the cruel and the mean
You'll learn to bounce back just like your trampoline
But now we'll curtail your curiosity
In sweetness
Way to go, Tiger
Higher and higher
Wilder and lighter
For you

20

**The Great War**

My knuckles were bruised like violets
Sucker punching walls, cursed you as I sleep-talked
Spineless in my tomb of silence
Tore your banners down, took the battle underground
And maybe it was ego swinging
Maybe it was her
Flashes of the battle come back to me in a blur

All that bloodshed, crimson clover
Uh-huh, sweet dream was over
My hand was the one you reached for
All throughout the Great War
Always remember
Uh-huh, tears on the letter
I vowed not to cry anymore
If we survived the Great War

You drew up some good faith treaties
I drew curtains closed, drank my poison all alone
You said I have to trust more freely
But diesel is desire, you were playin' with fire
And maybe it's the past that's talkin'
Screamin' from the crypt
Tellin' me to punish you for things you never did
So I justified it

All that bloodshed, crimson clover
Uh-huh, the bombs were close and
My hand was the one you reached for
All throughout the Great War
Always remember
Uh-huh, the burning embers
I vowed not to fight anymore
If we survived the Great War

Uh-huh
Uh-huh

It turned into something bigger
Somewhere in the haze, got a sense I'd been betrayed
Your finger on my hair pin triggers
Soldier down on that icy ground
Looked up at me with honor and truth
Broken and blue, so I called off the troops

21

That was the night I nearly lost you
I really thought I lost you

We can plant a memory garden
Say a solemn prayer, place a poppy in my hair
There's no morning glory, it was war, it wasn't fair
And we will never go back

To that bloodshed, crimson clover
Uh-huh, the worst was over
My hand was the one you reached for
All throughout the Great War
Always remember
Uh-huh, we're burned for better
I vowed I would always be yours
'Cause we survived the Great War

Uh-huh
Uh-huh
I would always be yours
'Cause we survived the Great War
Uh-huh
I vowed I would always be yours

**Cardigan**

Vintage tee, brand new phone
High heels on cobblestones
When you are young, they assume you know nothing
Sequin smile, black lipstick
Sensual politics
When you are young, they assume you know nothing

But I knew you
Dancin' in your Levis
Drunk under a streetlight, I
I knew you
Hand under my sweatshirt
Baby, kiss it better, I
And when I felt like I was an old cardigan
Under someone's bed
You put me on and said I was your favorite

A friend to all is a friend to none
Chase two girls, lose the one
When you are young, they assume you know nothin'

But I knew you
Playing hide-and-seek and
Giving me your weekends, I
I knew you
Your heartbeat on the High Line
Once in 20 lifetimes, I
And when I felt like I was an old cardigan
Under someone's bed
You put me on and said I was your favorite

To kiss in cars and downtown bars
Was all we needed
You drew stars around my scars
But now I'm bleedin'

'Cause I knew you
Steppin' on the last train
Marked me like a bloodstain, I
I knew you
Tried to change the ending
Peter losing Wendy, I
I knew you
Leavin' like a father

23

Running like water, I
And when you are young, they assume you know nothing

But I knew you'd linger like a tattoo kiss
I knew you'd haunt all of my what-ifs
The smell of smoke would hang around this long
'Cause I knew everything when I was young
I knew I'd curse you for the longest time
Chasin' shadows in the grocery line
I knew you'd miss me once the thrill expired
And you'd be standin' in my front porch light

And I knew you'd come back to me
You'd come back to me
And you'd come back to me
And you'd come back

And when I felt like I was an old cardigan
Under someone's bed
You put me on and said I was your favorite

**Clara Bow**

"You look like Clara Bow in this light
Remarkable
All your life, did you know
You'd be picked like a rose"
"I'm not trying to exaggerate
But I think I might die if it happened
Die if it happened to me
No one in my small town thought
I'd see the lights of Manhattan"
"This town is fake but
You're the real thing
Breath of fresh air through smoke rings
Take the glory, give everything
Promise to be dazzling"
"You look like Stevie Nicks
In '75, the hair and lips
Crowd goes wild at her fingertips
Half moonshine, a full eclipse"
"I'm not trying to exaggerate
But I think I might die if I made it,
Die if I made it
No one in my small town
Thought I'd meet these suits in LA,
They all want to say ..."
"This town is fake but
You're the real thing
Breath of fresh air through smoke rings
Take the glory, give everything
Promise to be dazzling"
"The crown is stained but you're the real queen
Flesh and blood amongst war machines
You're the new god we're worshipping
Promise to be ... dazzling"
Beauty is a beast that roars
Down on all fours
Demanding "more"
Only when your girlish glow
Flickers just so
Do they let you know
It's hell on earth to be heavenly
Them's the breaks
They don't come gently
"You look like Taylor Swift
In this light

25

We're loving it.
You've got edge she never did
The future's bright
... Dazzling."

### Guilty as Sin?

Drowning in the Blue Nile
He sent me 'Downtown Lights'
I hadn't heard it in a while
My boredom's bone deep
This cage was once just fine
Am I allowed to cry?
I dream of cracking locks
Throwing my life to the wolves
Or the ocean rocks
Crashing into him tonight
He's a paradox
I'm seeing visions, am I bad?
Or mad? Or wise?
What if he's written 'mine' on my upper thigh
Only in my mind?
One slip and falling back into the hedge maze
Oh what a way to die
I keep recalling things we never did
Messy top lip kiss
How I long for our trysts
Without ever touching his skin
How can I be guilty as sin?
I keep these longings locked
In lowercase inside a vault
Someone told me
There's no such thing as bad thoughts
Only your actions talk
These fatal fantasies
Giving way to labored breath
Taking all of me
We've already done it in my head
If it's make believe
Why does it feel like a vow
We'll both uphold somehow?
What if he's written 'mine' on my upper thigh
Only in my mind?
One slip and falling back into the hedge maze
Oh what a way to die
My bedsheets are ablaze
I've screamed his name
Building up like waves
Crashing over my grave
Without ever touching his skin
How can I be guilty as sin?

27

What if I roll the stone away?
They're gonna crucify me anyway
What if the way you hold me
Is actually what's holy?
If long suffering propriety
Is what they want from me
They don't know how you've haunted me
So stunningly
I choose you and me
... Religiously
What if he's written 'mine' on my upper thigh
Only in my mind?
One slip and falling back into the hedge maze
Oh what a way to die
I keep recalling things we never did
Messy top lip kiss
How I long for our trysts
Without ever touching his skin
How can I be guilty as sin?
He sent me 'Downtown Lights'
I hadn't heard it in a while
Am I allowed to cry?

**Down Bad**

Did you really beam me up?
In a cloud of sparkling dust
Just to do experiments on
Tell me I was the chosen one
Show me that this world is bigger than us
Then sent me back where I came from
For a moment I knew cosmic love
Now I'm down bad crying at the gym
Everything comes out teenage petulance
"What if I can't have him"
"I might just die, it would make no difference."
Down bad, waking up in blood
Staring at the sky, come back and pick me up
What if I can't have us.
I might just not get up
I might stay down bad
What if I can't have him
Down bad
What if I can't have him
Did you take all my old clothes?
Just to leave me here naked and alone
In a field in my same old town
That somehow seems so hollow now
They'll say I'm nuts if I talk about the existence of you
For a moment I was heaven struck
Now I'm down bad crying at the gym
Everything comes out teenage petulance
"What if I can't have him"
"I might just die, it would make no difference."
Down bad, waking up in blood
Staring at the sky, come back and pick me up
What if I can't have us.
I might just not get up
I might stay down bad
Like I lost my twin
What if I can't have him
Down bad
Down bad
Waving at the ship
What if I can't have him
I loved your hostile takeovers
Encounters closer and closer
All your indecent exposures
How dare you say that it's -

29

I'll build you a fort on some planet
Where they can all understand it
How dare you think it's romantic
Leaving me safe and stranded
Cause what if I was in love
What if I can't have us.
Cause what if I was in love
Now I'm down bad crying at the gym
Everything comes out teenage petulance
"What if I can't have him"
"I might just die, it would make no difference."
Down bad, waking up in blood
Staring at the sky, come back and pick me up
What if I can't have us.
I might just not get up
I might stay down bad
Like I lost my twin
What if I can't have him
Down bad
Down bad
Waving at the ship
What if I can't have him
Like I lost my twin
What if I can't have him
Down bad
Waving at the ship
What if I can't have him

**Long Story Short**

Fatefully
I tried to pick my battles 'til the battle picked me
Misery
Like the war of words I shouted in my sleep
And you passed right by
I was in the alley, surrounded on all sides
The knife cuts both ways
If the shoe fits, walk in it 'til your high heels break
And I fell from the pedestal
Right down the rabbit hole
Long story short, it was a bad time
Pushed from the precipice
Clung to the nearest lips
Long story short, it was the wrong guy
Now I'm all about you
I'm all about you, ah
Yeah, yeah
I'm all about you, ah
Yeah, yeah
Actually
I always felt I must look better in the rear view
Missing me
At the golden gates they once held the keys to
When I dropped my sword
I threw it in the bushes and knocked on your door
And we live in peace
But if someone comes at us
This time, I'm ready
'Cause I fell from the pedestal
Right down the rabbit hole
Long story short, it was a bad time
Pushed from the precipice
Clung to the nearest lips
Long story short, it was the wrong guy
Now I'm all about you
I'm all about you, ah
Yeah, yeah
I'm all about you
No more keepin' score now
I just keep you warm (keep you warm)
No more tug of war now
I just know there's more (know there's more)
No more keepin' score now
I just keep you warm (keep you warm)

31

And my waves meet your shore
Ever and evermore
Past me
I wanna tell you not to get lost in these petty things
Your nemeses
Will defeat themselves before you get the chance to swing
And he's passing by
Rare as the glimmer of a comet in the sky
And he feels like home
If the shoe fits, walk in it everywhere you go
And I fell from the pedestal
Right down the rabbit hole
Long story short, it was a bad time
Pushed from the precipice
Climbed right back up the cliff
Long story short, I survived
Now I'm all about you (and now)
I'm all about you, ah (and now)
I'm all about you (and now)
I'm all about you, ah
Yeah, yeah
I'm all about you (and now)
Yeah, yeah
I'm all about you
Long story short, it was a bad time
Long story short, I survived