**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**FORT PIERCE DIVISION**

Case No. 24-cv-14153-CANNON/SMM

KIMBERLY MARASCO

    Plaintiff,

v.

TAYLOR SWIFT PRODUCTIONS, INC.

    Defendant.

## DEFENDANT'S NOTIFICATION OF NINETY DAYS EXPIRING

Pursuant to S.D. Fla. L.R. 7.1(b)(4), Defendant Taylor Swift Productions, Inc. ("Defendant"), by and through its undersigned counsel, serves this notice advising that Defendant's January 21, 2025, Motion to Dismiss Plaintiff's Second Amended Complaint (the "Motion to Dismiss") (DE 68) has been pending and fully-briefed with no hearing set for a period exceeding ninety days. As required by S.D. Fla. L.R. 7.1B(b)(4)(A), Defendant states:

1. The Motion to Dismiss (DE 68) was filed on January 21, 2025.

2. Plaintiff filed her opposition to the Motion to Dismiss (DE 69) on January 24, 2025.

3. Defendant filed its Reply in Support of the Motion to Dismiss (DE 70) on January 31, 2025.

4. No hearing was scheduled or held on the Motion to Dismiss.

Dated: June 16, 2025

                                                  Respectfully Submitted,

                                                  By: */s/ Aaron S. Blynn*
                                                  Aaron S. Blynn, Florida Bar No. 073464
                                                  801 Brickell Avenue, Suite 1500
                                                  Miami, FL 33131
                                                  Tel: (305) 913-6685
                                                  Fax: (305) 349-2310
                                                  asblynn@Venable.com

Katherine Wright Morrone (admitted *pro hac vice*)
600 Massachusetts Ave, NW
Washington, D.C. 20001
Tel: (202) 344-4262
Fax: (202) 344-8300
kwmorrone@venable.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 16, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

    */s/ Aaron S. Blynn*
    Aaron S. Blynn

## **SERVICE LIST**

Aaron S. Blynn, Esq.
asblynn@venable.com
VENABLE LLP
801 Brickell Avenue
Suite 1500
Miami, Florida 33131

Katherine Wright Morrone
kwmorrone@venable.com
VENABLE LLP
600 Massachusetts Ave. NW
Washington, DC 20001
*Attorneys for Defendant*

Kimberly Marasco
Marasco_kim@yahoo.com
1561 Pheasant Walk
Unit C
Fort Pierce, Florida 34950
*Pro Se Plaintiff*